**Bryant Elliott DAVIDSON, Plaintiff—Appellant,**

v.

**State of MARYLAND; Department of Public Safety and Correctional Services, Defendants—Appellees.**

No. 09–6679.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

**350**

Bryant Elliott Davidson, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

PER CURIAM:

Bryant Elliott Davidson seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. The notice of appeal was received in the district court shortly after expiration of the appeal period. Because Davidson is incarcerated, the notice is considered filed as of the date it was properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c)(1); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). The record does not reveal when Davidson gave the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely under Fed. R.App. P. 4(c)(1) and *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*